IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02414-PAB-MJW

BOBBY BROWN,

Plaintiff(s),

v.

A&E TELEVISON NETWORKS, LLC, a New York Corporation,
HYBRID FILMS, INC., a New York Corporation, and,
D&D TELEVISION PRODUCTIONS, INC., a New York Corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's Unopposed Motion for Leave to File Second Amended Complaint (Docket No. 12) is granted, and the tendered Second Amended Complaint and Jury Demand (Docket No. 12-1) is accepted for filing as of the date of this Minute Order.

Date: November 3, 2011