IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-2414 APB-MJW

BOBBY BROWN,

    Plaintiff,

v.

A&E TELEVISION NETWORKS, LLC,
HYBRID FILMS, INC.,
D&D TELEVISION PRODUCTIONS, INC.,

    Defendants.

---

## DECLARATION OF DAVID S. HOUTS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

---

David S. Houts, pursuant to 28 U.S.C. § 1746, states as follows:

1. I am a natural person above the age of eighteen years and am competent to testify to the matters stated in this Declaration. I have personal knowledge that the facts set forth herein are true.

2. I am the Vice President, Treasurer, Secretary, and co-owner of Hybrid Films, Inc. ("Hybrid"), one of the defendants in this lawsuit. I am President and co-owner of D&D Television Productions, Inc. ("D&D"), another of the defendants in this lawsuit.

3. D&D produces the television series, "Dog the Bounty Hunter" pursuant to a production services agreement with Hybrid. I am Executive Producer of that

2099555.2

**Exhibit A**

series. Defendant A&E Television Networks, LLC ("AETN") contracts with Hybrid and D&D for the rights to produce the series.

4. It is the standard practice of Hybrid and D&D to obtain signed releases from any individual who frequently appears on "Dog the Bounty Hunter."

5. Exhibit 1 hereto is a true and accurate copy of the release signed by plaintiff, Bobby Brown, in or around June, 2005. I personally asked Mr. Brown to execute this release, and was present when he signed it. Mr. Brown understood that he had to sign this release in order to appear on "Dog the Bounty Hunter."

6. Mr. Brown subsequently signed two later revisions of this release, in April, 2008 and April, 2009. Exhibits 2 and 3 hereto are true and accurate copies of the later releases signed by Mr. Brown. As executive producer, I directed my staff to obtain new signed releases from Mr. Brown (and others) whenever our standard form of release was updated. These later releases were sent to my office and kept on file in the normal course of business.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated at: New York, New York
November 22, 2011

_David S. Houts_

**HYBRID FILMS**

116 university place, suite 2 • new york, ny 10003
tel (212) 463 9908 • fax (212) 675 6344

RELEASE FORM

Program Title: _____Dog the Bounty Hunter_____

Tape No._____

I,_____
(name of participant)

have participated in the making of a documentary, the nature of which has been explained to me, and for valuable consideration, which I have received and accepted as okay, I, hereby forever grant to Hybrid Films, Inc., and any of your successors, licensees, and assigns (collectively "you") the right to use any photographs, films, or recordings that you make and/or have of me.

You may, either actually or fictionally, use my name, likeness, picture, and/or voice, in any and all media, whether existing now or in the future; forever and throughout the world, in connection with the proposed audio visual program currently _____ (the "Program"), all advertising and publicity thereof, and in any other program, in any manner of media, in your sole discretion, and the exploitation of any rights therein.

This release shall be irrevocable and I shall have no right to enjoin, restrain, or in any way interfere with the production, promotion, distribution, and/or exploitation of the Program.

I expressly release you, your agents, employees, licensees and assigns from and against any and all claims which I have or may have for invasion of privacy, defamation or any other cause of action arising out of production distribution, broadcast or exhibition of the program or other use of my appearance.

I understand that you are relying on the terms of this Release in the production, promotion, distribution and exploitation of the Program.

I agree that you may modify, edit, or change any films, recordings, or photographs you have of me in your sole discretion.

I also agree as follows:

(i) that I have the right to enter into this agreement and grant the rights herein;
(ii) that anything I contribute to the Program will be an honest and truthful account of my experience;
(iii) that I have not misled you in any way as to my identity, experience, knowledge, or as to the nature and/or content of my contribution to the Program; and
(iv) that anything I contribute to the Program will not be defamatory or invasive of any other personal and/or property rights.

The parties agree that any dispute that occurs concerning this Release will be resolved under New York law, in New York County.

Dated: As of _____ 200__
Name: _____BOBBY BROWN_____
Address: _____
_____
Phone: _____
Signature: _____Bobby Brown_____
Signature of
Parent or Guardian: _____

*[Handwritten margin note:]* Bobby Brown Bail Bonds (Colorado Springs) Season 2

Exhibit 1

D & D Television Productions
99 University Place, 10th floor • New York, NY 10003 •
RELEASE FORM

Program Title: <u>Dog the Bounty Hunter</u>    BoNDSMAN

Tape No_____

I, _____
(name of participant)

have participated in the making of a documentary series, the nature of which has been explained to me, and for good and valuable consideration, I hereby forever grant to D & D Television Productions, Inc., and its parents, subsidiaries, successors, licensees, and assigns (if any) (collectively "you") the right to use and record my name, likeness, picture, performance, and/or voice, in any and all media, whether existing now or in the future, forever and throughout the world, in connection with the documentary series currently titled <u>"Dog The Bounty Hunter"</u> (the "Program"), as well as in all advertising and publicity materials related thereto, in any other program produced by you, and in all other exploitation of any rights therein in your sole discretion.

This release shall be irrevocable and I shall have no right to enjoin, restrain, or in any way interfere with the production, promotion, distribution, and/or exploitation of the Program.

I expressly release you, your parents, subsidiaries, agents, employees, licensees and assigns (if any) from and against any and all claims which I have or may have now or in the future for invasion of privacy, defamation, misrepresentation, or any other cause of action arising out of my appearance or participation in the Program, the disclosure of any confidential or private information about me (including any medical or financial information), and the exploitation of all other rights set forth herein.

I understand that you are relying on the terms of this Release in the production, promotion, distribution and exploitation of the Program, as well as in the marketing, advertising, and exploitation of all other rights granted herein.

I agree that you may modify, edit, or change any films, recordings, or photographs you have of me in your sole discretion.

I also agree as follows:
(i)   That I have the right to enter into this agreement and grant the rights herein, and do so freely and with a sound mind and body;
(ii)  That anything I contribute to the Program will be an honest and truthful account of my experience; and
(iii) That I have not misled you in any way as to my identity, experience, knowledge, or as to the nature and/or content of my contribution to the Program;

The parties agree that any dispute concerning this Release or the matters covered hereunder will be resolved under New York law, in New York County. I further agree that I shall be liable for any attorneys' fees and costs incurred by D & D in connection with any claim or lawsuit brought in violation of this agreement.

**I HAVE READ THIS RELEASE OF LIABILITY, FULLY UNDERSTAND ITS TERMS, UNDERSTAND THAT I HAVE GIVEN UP SUBSTANTIAL RIGHTS BY SIGNING IT, AND SIGN IT FREELY AND VOLUNTARILY.**

Dated: As of _APRIL 10_, 200_8_

Name: _BOBBY BROWN_

Address: _____

Phone: _____

Signature: x_Bobby Brown_

Signature of
Parent or Guardian: _____

Exhibit 2

**D & D Television Productions**
99 university place, 10th floor • new york, ny 10003
tel (212) 228 1020 • fax (212) 228 1124

RELEASE FORM    *Season 6*

Program Title: "Dog the Bounty Hunter"

Tape No_____

I,_____
(name of participant)

have participated in the making of a documentary style series, and for good and valuable consideration, I hereby forever grant to D&D Television Productions, Inc., and its parents, subsidiaries, successors, licensees, and assigns (if any) (collectively "you") the right to use and record my name, likeness, image, picture, performance, and/or voice, in any and all media, whether existing now or in the future, forever and throughout the world, in connection with any and all episodes of the series currently titled "Dog the Bounty Hunter" (the "Program"), as well as in all advertising and publicity materials related thereto, in any other program produced by you, and in all other exploitation of any rights therein in your sole discretion.

This release shall be irrevocable and I shall have no right to enjoin, restrain, or in any way interfere with the production, promotion, distribution, and/or exploitation of the Program.

I expressly release you, your parents, subsidiaries, agents, employees, licensees and assigns (if any) from and against any and all claims which I have or may have now or in the future for invasion of privacy, defamation, misrepresentation, or any other cause of action arising out of my appearance or participation in the Program, the disclosure of any confidential or private information about me (including any medical or financial information), and the exploitation of all other rights set forth herein.

I understand that you are relying on the terms of this Release in the production, promotion, distribution and exploitation of the Program, as well as in the marketing, advertising, and exploitation of all other rights granted herein.

I agree that you may modify, edit, or change any films, recordings or photographs you have of me in your sole discretion.

I also agree as follows:

(i) that I have the right to enter into this agreement and grant the rights herein, and do so freely and with a sound mind and body;
(ii) that anything I contribute to the Program will be an honest and truthful account of my experience; and
(iii) that I have not misled you in any way as to my identity, experience, knowledge, or as to the nature and/or content of my contribution to the Program;
(iv) that in entering this agreement I am not relying upon any statements or promises made by anyone regarding the Program, my participation in it, or the terms of this agreement.

The parties agree that any dispute concerning this Release or the matters covered hereunder will be resolved under New York law, in New York County. I further agree that I shall be liable for any attorneys' fees and costs incurred by D&D in connection with any claim or lawsuit brought in violation of this agreement.

I HAVE READ THIS RELEASE OF LIABILITY, FULLY UNDERSTAND ITS TERMS, UNDERSTAND THAT I HAVE GIVEN UP SUBSTANTIAL RIGHTS BY SIGNING IT, AND SIGN IT FREELY AND VOLUNTARILY.

Dated: As of _4-16_____, 200_9_

Name: _BOBBY BROWN_

Address: _506 S. NEVADA AVE_

Phone: _719-390-7031_

Signature: _Bobby Brown_

Signature of
Parent or Guardian: _____

Exhibit 3