**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  11-cv-02414-PAB-MJW                    FTR - Courtroom A-502

**Date:**  February 07, 2012                                 Courtroom Deputy, Ellen E. Miller

        *Parties*                                            *Counsel*

BOBBY BROWN,                                                 Jeffrey S. Vail

        Plaintiff(s),

v.

A&E TELEVISION NETWORKS, LLC,                                Richard P. Holme
HYBRID FILMS, INC.,   and
D&D TELEVISION PRODUCTIONS, INC.,

        Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING:   TELEPHONIC  MOTION  HEARING**
**Court in session:**    10:02 a.m.
Court calls case.  Appearances  of counsel.

The Court raises the Parties' Joint Motion to Stay Discovery Pending Ruling on Defendants' Motion to Dismiss for Improper Venue for discussion.  Plaintiff's position is clarified.

**It is ORDERED:**        PARTIES' JOINT MOTION TO STAY DISCOVERY PENDING RULING
                          ON DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE
                          [Docket No. **25**, filed January 25, 2012] is **GRANTED** for reasons as set
                          forth on the record.
                          Discovery in this case is STAYED until further order of the Court.

It is noted Defendants' Motion to Dismiss for Improper Venue is fully briefed.  If the motion is denied, the Court will set a Status Conference to discuss further proceedings.

**It is ORDERED:**        The **TELEPHONIC STATUS CONFERENCE** set  FEBRUARY 29, 2012
                          at 9:00 a.m.  is  **VACATED.**

HEARING CONCLUDES.      **Court in recess:**  10:11 a.m.  Total In-Court Time:   00:09

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.