IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-2414 PAB-MJW

BOBBY BROWN,

    Plaintiff,

v.

A&E TELEVISION NETWORKS, LLC,
HYBRID FILMS, INC., and
D&D TELEVISION PRODUCTIONS, INC.,

    Defendants.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

---

Plaintiff Bobby Brown and Defendants A&E Television Networks, LLC ("AETN"), Hybrid Films, Inc. ("Hybrid") and D&D Television Productions, Inc. ("D&D"), by their respective counsel of record and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss the complaint and action herein, with prejudice, each party to bear it own costs.

Dated: February 17, 2012

BOBBY BROWN

By: s/ Jeff Vail

Jeffrey S. Vail, Esq.
The Law Office of Jeff Vail LLC
8320 S. Valley Hwy., Third Floor
Englewood, CO 80112

ATTORNEY FOR PLAINTIFF

A&E TELEVISION NETWORKS, LLC,
HYBRID FILMS, INC.,

2113606.1

D&D TELEVISION PRODUCTIONS, INC.

By: /s/ Richard P. Holme

Richard P. Holme
Geoffrey C. Klingsporn
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, Colorado   80202

ATTORNEYS FOR DEFENDANTS